UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHARLES SANDERS,

                Plaintiff,

                                          9:07-CV-298
        v.                              (FJS/GJD)

L. BENWARE, Corrections Officer,

                Defendant.
_____

APPEARANCES:                          OF COUNSEL:

CHARLES SANDERS
Plaintiff, Pro Se
02-A-1399
Riverview Correctional Facility
PO Box 247
Ogdensburg, NY 13669


HON. ANDREW M. CUOMO           CHARLES J. QUACKENBUSH
Attorney General of the          Asst. Attorney General
 State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York   12224

**FREDERICK J. SCULLIN, JR., S.D.J.:**


### DECISION AND ORDER


     Presently before the Court is Magistrate Judge Gustave J. DiBianco's Report-Recommendation filed December 10, 2007, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-

Recommendation having been filed, the Court hereby

**ORDERS,** that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed December 10, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein; and the Court further

**ORDERS,** that defendant's motion to dismiss is **GRANTED,** and the Court further

**ORDERS,** that the complaint is **DISMISSED** in its entirety without prejudice, and the Court hereby

**ORDERS,** that the Clerk of the Court is to enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED.**

DATED: January 10, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge